594

No. 496. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* BROOKS ET AL. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key* and *J. Louis Monarch* for petitioner. *Mr. Richard T. Greene* for respondents.

No. 513. WILLIAMS, RECEIVER, *v.* BALTIMORE; and

No. 514. SAME *v.* ANNAPOLIS. December 5, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. George Weems Williams, William L. Rawls,* and *William L. Marbury, Jr.,* for petitioner. *Messrs. Lawrence B. Finneman, R. E. Lee Marshall,* and *Hestor J. Ciotti* for the City of Baltimore. *Mr. Roscoe C. Rowe* for the City of Annapolis.

No. 356. INDIAN TERRITORY ILLUMINATING OIL CO. *v.* BOARD OF EQUALIZATION OF TULSA COUNTY. December 12, 1932. Petition for writ of certiorari to the Supreme Court of Oklahoma granted. *Messrs. John H. Miley* and *William P. McGinnis* for petitioner. *Mr. Hugh Webster* for respondent.

No. 357. INDIAN TERRITORY ILLUMINATING OIL CO. *v.* BOARD OF COUNTY COMMISSIONERS OF PAYNE COUNTY. December 12, 1932. Petition for writ of certiorari to the Supreme Court of Oklahoma granted. *Messrs. John H. Miley* and *William P. McGinnis* for petitioner. *Messrs. Ernest F. Jenkins* and *Guy L. Horton* for respondent.